UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDY R. PERALTA CONTRERAS,

Plaintiff,

-v-

TYSON FOODS INC. and PEDRO G. VALENZUELA CASTILLO,

Defendants.

26 Civ. 6209 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 27, 2026, this case was accepted as related to *Lopez Gonzalez v. Tyson Foods Inc.*, No. 25 Civ. 10459 (JPC) (S.D.N.Y.). Fact discovery in the related case closed on July 13, 2026; the close of expert discovery and all discovery is on September 13, 2026. *Lopez Gonzalez*, No. 25 Civ. 10459, Dkt. 20. By August 11, 2026, the parties in this case shall file a joint letter expressing their respective views on whether any additional discovery in this case is needed and, if so, a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan. In that letter, the parties shall also express their respective views as to whether this case should be consolidated for trial with *Lopez Gonzalez*, No. 25 Civ. 10459. *See* Fed. R. Civ. P. 42(a).

SO ORDERED.

Dated: July 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge